Redacted

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Nationwide Insurance as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Nationwide Insurance. During the past three years, there were occasions when I worked over 40 hours per week for Nationwide Insurance and did not receive overtime compensation. I worked for Nationwide Insurance as a (please check all that apply):

- ☐ Special Investigator
- ☒ Senior Special Investigator
- ☐ Special Investigator I
- ☐ Special Investigator II
- ☒ Special Investigator III

Approximate Dates of Employment _Jan 1994_ to _Present_

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Signature_ _8/28/07_
Signature    Date

_Franklin F. Foster Jr._
Print Name

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

REDACTED

CONSENT AND DECLARATION

EXHIBIT A

Redacted

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Nationwide Insurance as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Nationwide Insurance. During the past three years, there were occasions when I worked over 40 hours per week for Nationwide Insurance and did not receive overtime compensation. I worked for Nationwide Insurance as a (please check all that apply):

☐ Special Investigator
☐ Senior Special Investigator
☐ Special Investigator I
☐ Special Investigator II
☒ Special Investigator III

Approximate Dates of Employment _Feb 1999_ to _Feb 2007_

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Phillip Warnock_  9/18/07
Signature                             Date

_Phillip Warnock_
Print Name

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION