1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (**pro hac vice** application forthcoming)
   Paul J. Lukas, MN State Bar No. 22084X
   Lukas@nka.com
6  (**pro hac vice** application forthcoming)
   Matthew H. Morgan, MN State Bar No. 304657
7  Morgan@nka.com
   (**pro hac vice** application forthcoming)
8  NICHOLS KASTER & ANDERSON, PLLP
   4600 IDS Center
9  80 S. 8th Street
   Minneapolis, MN 55402
10
   ATTORNEYS FOR PLAINTIFFS
11

12              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
13

| Frank Foster, Phillip Wamock, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Nationwide Mutual Insurance Company,<br><br>Defendant. | Case No: 3:07-cv-04928-SI<br><br>**NOTICE OF CONSENT FILING** |
|---|---|

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Short          Tommy

NOTICE OF CONSENT FILING

| | | |
|---|---|---|
| 1 | Dated: September 26, 2007 | s/Matthew Helland |
| 2 | | **NICHOLS KASTER & ANDERSON, LLP** |
| | | Matthew C. Hallend, CA State Bar No. 250451 |
| 3 | | Helland@nka.com |
| | | One Embarcadero Center |
| 4 | | Ste. 720 |
| | | San Francisco, CA 94111 |
| 5 | | |
| | | Donald H. Nichols, MN State Bar No. 78918 |
| 6 | | Nichols@nka.com |
| | | (**pro hac vice** application forthcoming) |
| 7 | | Paul J. Lukas, MN State Bar No. 22084X |
| | | Lukas@nka.com |
| 8 | | (**pro hac vice** application forthcoming) |
| | | Matthew H. Morgan, MN State Bar No. 304657 |
| | | Morgan@nka.com |
| 9 | | (**pro hac vice** application forthcoming) |
| | | **NICHOLS KASTER & ANDERSON, PLLP** |
| 10 | | 4600 IDS Center |
| | | 80 S. 8th Street |
| 11 | | Minneapolis, MN 55402 |
| 12 | | |
| 13 | | ATTORNEYS FOR PLAINTIFFS |

3

NOTICE OF CONSENT FILING

# CERTIFICATE OF SERVICE
Foster et al v. Nationwide Mutual Insurance Company
Case No.3:07-cv-04928-SI

I hereby certify that on September 26, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Nationwide Mutual Insurance Company
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA  90017

Dated: September 26, 2007

s/Matthew Helland
_____

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Hallend, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application forthcoming)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application forthcoming)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(**pro hac vice** application forthcoming)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Nationwide Insurance as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Nationwide Insurance. During the past three years, there were occasions when I worked over 40 hours per week for Nationwide Insurance and did not receive overtime compensation. I worked for Nationwide Insurance as a (please check all that apply):

- ☐ Special Investigator
- ☒ Senior Special Investigator
- ☒ Special Investigator I
- ☒ Special Investigator II
- ☒ Special Investigator III

Approximate Dates of Employment  09/01/91  to  Present

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  09/27/07
Signature                           Date

_____Tommy L. Short_____
Print Name

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson
4600 IDS Center, 80 S. 8th
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION