Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application forthcoming)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application forthcoming)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(**pro hac vice** application forthcoming)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Foster, Phillip Wamock, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Nationwide Mutual Insurance Company,<br><br>Defendant. | Case No: 3:07-cv-04928-SI<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Endicott    John
Goodwin     Holly
Hosford     Jack

NOTICE OF CONSENT FILING

1
2  Dated: October 1, 2007
                                           s/Matthew Helland
3
                                           **NICHOLS KASTER & ANDERSON, LLP**
                                           Matthew C. Hallend, CA State Bar No. 250451
4                                          Helland@nka.com
                                           One Embarcadero Center
5                                          Ste. 720
                                           San Francisco, CA 94111
6
                                           Donald H. Nichols, MN State Bar No. 78918
7                                          Nichols@nka.com
                                           (**pro hac vice** application forthcoming)
                                           Paul J. Lukas, MN State Bar No. 22084X
8                                          Lukas@nka.com
                                           (**pro hac vice** application forthcoming)
9                                          Matthew H. Morgan, MN State Bar No. 304657
                                           Morgan@nka.com
10                                         (**pro hac vice** application forthcoming)
                                           **NICHOLS KASTER & ANDERSON, PLLP**
11                                         4600 IDS Center
                                           80 S. 8th Street
12                                         Minneapolis, MN 55402

13
                                           ATTORNEYS FOR PLAINTIFFS
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

NOTICE OF CONSENT FILING

# CERTIFICATE OF SERVICE
Foster et al v. Nationwide Mutual Insurance Company
Case No.3:07-cv-04928-SI

I hereby certify that on October 1, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Nationwide Mutual Insurance Company
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA  90017

Dated:  October 1, 2007

s/Matthew Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Hallend, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application forthcoming)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application forthcoming)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(**pro hac vice** application forthcoming)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Nationwide Insurance as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Nationwide Insurance. During the past three years, there were occasions when I worked over 40 hours per week for Nationwide Insurance and did not receive overtime compensation. I worked for Nationwide Insurance as a (please check all that apply):

REDACTED

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_signature_ 9.20.07
Signature          Date

John D. Endicott

REDACTED

**Fax or Mail To:**

Paul Lukas
Nichols Kaster & Anderson, PL
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Nationwide Insurance as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Nationwide Insurance. During the past three years, there were occasions when I worked over 40 hours per week for Nationwide Insurance and did not receive overtime compensation. I worked for Nationwide Insurance as a (please check all that apply):

REDACTED

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Holly_ _____ 09/27/07
Signature                Date

_Holly Goodwin_____
Print Name

REDACTED

**Fax or Mail To:**

Paul Lukas
Nichols Kaster & Anderson, P
4600 IDS Center, 80 S. 8th Stre
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Nationwide Insurance as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Nationwide Insurance. During the past three years, there were occasions when I worked over 40 hours per week for Nationwide Insurance and did not receive overtime compensation. I worked for Nationwide Insurance as a (please check all that apply):

REDACTED

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_[Signature]_    9/06/07
Signature        Date

JACK W. HOSTER

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & And[erson]
4600 IDS Center, 80 S[outh 8th Street]
Minneapolis, MN 5540[2]
FAX (612) 215-6870