## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Nationwide Insurance as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Nationwide Insurance. During the past three years, there were occasions when I worked over 40 hours per week for Nationwide Insurance and did not receive overtime compensation. I worked for Nationwide Insurance as a (please check all that apply):

- ☐ Special Investigator
- ☒ Senior Special Investigator
- ☒ Special Investigator I
- ☒ Special Investigator II
- ☒ Special Investigator III

Approximate Dates of Employment  09/01/91  to  Present

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  09/23/07
Signature                Date

Tommy L. Short
Print Name

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson
4600 IDS Center, 80 S. 8th
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION