1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Nationwide Insurance as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Nationwide Insurance. During the past three years, there were occasions when I worked over 40 hours per week for Nationwide Insurance and did not receive overtime compensation. I worked for Nationwide Insurance as a (please check all that apply):

REDACTED

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  9.20.07
Signature                Date

John D. Endicott

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PL[LP]
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

REDACTED

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Nationwide Insurance as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Nationwide Insurance. During the past three years, there were occasions when I worked over 40 hours per week for Nationwide Insurance and did not receive overtime compensation. I worked for Nationwide Insurance as a (please check all that apply):

REDACTED

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Holly G_____  09/27/07
Signature         Date

_Holly Goodwin_____
Print Name

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, P
4600 IDS Center, 80 S. 8th Stre
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Nationwide Insurance as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Nationwide Insurance. During the past three years, there were occasions when I worked over 40 hours per week for Nationwide Insurance and did not receive overtime compensation. I worked for Nationwide Insurance as a (please check all that apply):

REDACTED

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  9/06/07
Signature                   Date

JACK W. HOSTER

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & And[erson]
4600 IDS Center, 80 S[...]
Minneapolis, MN 5540[...]
FAX (612) 215-6870