1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (**pro hac vice** application pending)
   Paul J. Lukas, MN State Bar No. 22084X
6  Lukas@nka.com
   (**pro hac vice** application pending)
7  Matthew H. Morgan, MN State Bar No. 304657
   Morgan@nka.com
8  (**pro hac vice** application pending)
   NICHOLS KASTER & ANDERSON, PLLP
9  4600 IDS Center
   80 S. 8th Street
10 Minneapolis, MN 55402

11 ATTORNEYS FOR PLAINTIFFS

12            IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
13

14 Frank Foster, Phillip Wamock,
   individually, on behalf of all others         Case No: 3:07-cv-04928-SI
15 similarly situated, and on behalf of the
   general public,                               **NOTICE OF CONSENT FILING**
16
                        Plaintiffs,
17
       vs.
18
   Nationwide Mutual Insurance Company,
19
                        Defendant.
20

21

22

23     PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

24 attached Consent Form(s) for the following person(s):

25 Bailey      Pat

26

27

28

NOTICE OF CONSENT FILING

| | |
|---|---|
| Dated: October 8, 2007 | s/Matthew Helland |

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Hallend, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**
Foster et al v. Nationwide Mutual Insurance Company
Case No. 3:07-cv-04928-SI

I hereby certify that on October 8, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via U.S. Mail (to Registered Agent) to the following:

Nationwide Mutual Insurance Company
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA 90017

Dated: October 8, 2007

s/Matthew Helland

---

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Hallend, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Nationwide Insurance as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Nationwide Insurance. During the past three years, there were occasions when I worked over 40 hours per week for Nationwide Insurance and did not receive overtime compensation. I worked for Nationwide Insurance as a (please check all that apply):

- ☐ Special Investigator
- ☐ Senior Special Investigator
- ☐ Special Investigator I
- ☒ Special Investigator II
- ☐ Special Investigator III

Approximate Dates of Employment _Aug. 2004_ to _May 2007_

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Pat J. Bailey_       10-5-07
Signature             Date

**Pat J. Bailey**
Print Name

REDACTED

Fax or Mail To:

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**