1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (**pro hac vice** application pending)
   Paul J. Lukas, MN State Bar No. 22084X
   Lukas@nka.com
6  (**pro hac vice** application pending)
   Matthew H. Morgan, MN State Bar No. 304657
7  Morgan@nka.com
   (**pro hac vice** application pending)
8  NICHOLS KASTER & ANDERSON, PLLP
   4600 IDS Center
9  80 S. 8th Street
   Minneapolis, MN 55402
10
   ATTORNEYS FOR PLAINTIFFS
11

   IN THE UNITED STATES DISTRICT COURT
12 NORTHERN DISTRICT OF CALIFORNIA

13

14 Frank Foster, Phillip Wamock,
   individually, on behalf of all others        Case No: 3:07-cv-04928-SI
15 similarly situated, and on behalf of the
   general public,                              **NOTICE OF CONSENT FILING**
16
                        Plaintiffs,
17
        vs.
18
   Nationwide Mutual Insurance Company,
19
                        Defendant.
20

21

22

23      PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

24 attached Consent Form(s) for the following person(s):

25 Martinez              Navidad

26

27

28

NOTICE OF CONSENT FILING

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 16, 2007 | s/Matthew Helland |
| 3 | | **NICHOLS KASTER & ANDERSON, LLP** |
| | | Matthew C. Hallend, CA State Bar No. 250451 |
| 4 | | Helland@nka.com |
| | | One Embarcadero Center |
| 5 | | Ste. 720 |
| | | San Francisco, CA 94111 |

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**
Foster et al v. Nationwide Mutual Insurance Company
Case No.3:07-cv-04928-SI

I hereby certify that on October 16, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Andrew J. Voss
Littler Mendelson, P.C.
80 South Eighth Street
1300 IDS Center
Minneapolis, MN 55402

Dated: October 16, 2007

                                    s/Matthew Helland
                                    _____

                                    **NICHOLS KASTER & ANDERSON, LLP**
                                    Matthew C. Hallend, CA State Bar No. 250451
                                    Helland@nka.com
                                    One Embarcadero Center
                                    Ste. 720
                                    San Francisco, CA 94111

                                    Donald H. Nichols, MN State Bar No. 78918
                                    Nichols@nka.com
                                    (**pro hac vice** application pending)
                                    Paul J. Lukas, MN State Bar No. 22084X
                                    Lukas@nka.com
                                    (**pro hac vice** application pending)
                                    Matthew H. Morgan, MN State Bar No. 304657
                                    Morgan@nka.com
                                    (**pro hac vice** application pending)
                                    **NICHOLS KASTER & ANDERSON, PLLP**
                                    4600 IDS Center
                                    80 S. 8th Street
                                    Minneapolis, MN 55402

                                    ATTORNEYS FOR PLAINTIFFS

CONSENT FORM AND DECLARATION   OCT 1 6 2007

I hereby consent to join a lawsuit against Nationwide Insurance as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Nationwide Insurance. During the past three years, there were occasions when I worked over 40 hours per week for Nationwide Insurance and did not receive overtime compensation. I worked for Nationwide Insurance as a (please check all that apply):

- ☐ Special Investigator
- ☐ Senior Special Investigator
- ☐ Special Investigator I
- ☒ Special Investigator II
- ☐ Special Investigator III

Approximate Dates of Employment  9/28/06  to  4/5/07

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature _____   Date 10/11/07

Print Name  NAVIDAD MARTINEZ

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION