RICHARD H. RAHM, State Bar No. 130728
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

JAMES J. OH, IL State Bar No. 6196413
(*pro hac vice* application forthcoming)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, Illinois 60601
Tel: 312.372.5520
Fax: 312.372.7880

ANDREW J. VOSS, MN State Bar No. 0241556
(*pro hac vice* application forthcoming)
LITTLER MENDELSON
A Professional Corporation
80 South 8th Street
1300 IDS Center
Minneapolis, Minnesota 55402.2136
Tel: 612.630.1000
Fax: 612.630.9626

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FOSTER, PHILLIP WAMOCK, individually and on behalf of all others similarly situated, and on behalf of the general public,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>   Defendant. | Case No. C3:07-CV-4928<br><br>**[PROPOSED] ORDER GRANTING NATIONWIDE'S MOTION TO TRANSFER VENUE**<br><br>Date:  November 30, 2007<br>Time:  9:00 a.m.<br>Court:  10<br><br>Before the Honorable Susan Illston |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING MOTION
TO TRANSFER VENUE

U.S.D.C. CASE NO. C3:07-CV-4928 SI

      This matter came on for hearing in the above-entitled action on the Motion to Transfer Venue of Defendant Nationwide Mutual Insurance Company ("Nationwide") on November 30, 2007. Richard H. Rahm, from the law firm of Littler Mendelson, P.C., appeared on behalf of Nationwide. Matthew C. Helland of the law firm of Nichols, Kaster & Anderson, LLP, appeared on behalf of Plaintiffs Frank Foster and Phillip Wamock ("Plaintiffs").

      The Court has reviewed the papers submitted in support and in opposition to the Motion to Transfer, and has heard oral argument. Accordingly, the Court finds that this action could have been filed in the Southern District of Ohio, and because such a transfer would further the convenience of the parties and witnesses, and would be in the interests of justice, Nationwide's Motion to Transfer is **GRANTED**, and the Court orders this action to be transferred to the Southern District of Ohio.

      **SO ORDERED.**

Dated: _____

_____
Susan Illston
United States District Judge

Firmwide:83299833.1 050511.1000

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING MOTION TO TRANSFER VENUE     2.     U.S.D.C. CASE NO. C3:07-CV-4928 SI