IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK FOSTER,                                              No. C 07-04928SI

       Plaintiff,                                          **NOTICE**

  v.

NATIONWIDE MUTUAL INS. CO.,

       Defendant.
                                              /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to transfer venue has been continued to Friday, December 7, 2007.

Dated: October 18, 2007

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk