Matthew H. Morgan, MN Bar No. 304657
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone (612) 256-3200



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Frank Foster, Phillip Wamock, individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

Nationwide Mutual Insurance Company,

    Defendant.

Case No: C 07 4928

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

    Pursuant to Civil L.R. 11-3, Matthew H. Morgan, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

    In support of this application I certify on oath that:

1.     I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-

counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

> Matthew C. Helland
> Nichols Kaster & Anderson, LLP
> One Embarcadero Center, Suite 720
> San Francisco, CA 94111
> Telephone: (415) 277-7235

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/20/07

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Foster, Phillip Wamock, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Nationwide Mutual Insurance Company,<br><br>Defendant. | Case No:<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

Matthew H. Morgan, an active member in good standing of the bar of Minnesota, whose business address and telephone number is Nichols Kaster & Anderson, PLLP, 4600 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402, (612) 256-3200, having applied in the above-entitled action for permission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____    _____
                                      United States Judge