Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-215-6870
* admitted *pro hac vice*

Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Foster, Phillip Wamock, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Nationwide Mutual Insurance Company,<br><br>Defendant. | **Case No.: C3:07-CV-4928 SI**<br><br>**DECLARATION OF MATTHEW H. MORGAN IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A).** |

I, Matthew H. Morgan, hereby declare:

1. I am an associate at the law firm of Nichols Kaster & Anderson, PLLP, one of the attorneys for the Plaintiffs herein, and an attorney in good standing with the State Bar of Minnesota. I am admitted *pro hac vice* for this case. I make this declaration based on my knowledge and information concerning this case and in support of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(A).

2. At the present time, there are sixteen Plaintiffs who have filed consents to join

this lawsuit in this manner – 4 in California, 1 in Arizona, 1 in Arkansas, 1 in Georgia, 2 in Missouri, 1 in Mississippi, 1 in Nevada, and 5 in Texas.

3. Frank Foster, the first Plaintiff to commence the above entitled action, lives and works for Defendant in the Northern District of California.

4. Attached as **Exhibit A** is a true and correct copy of a page from Allied Insurance's website which states that it maintains regional offices in Sacramento, Camarillo and Law Mesa, California.

5. Attached as **Exhibit B** is a true and correct copy of selected pages of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Leave to Amend the Complaint in Lynch v. United Services Automobile Ass'n, 1:07-cv-562-CM-KNF (S.D.N.Y.), Dkt. 79, pp. 7-10.

6. Attached as **Exhibit C** is a true and correct copy of United States District Court Judicial Caseload Profile for the Southern District of Ohio and the Northern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 16, 2007          s/Matthew H. Morgan
                                  Matthew H. Morgan