# Exhibit A

# Allied Insurance
*a Nationwide® company*
*On Your Side®*

home | about us | **careers** | contact us    agent info | privacy | site map

search: [     ] Go

auto | property | business | farm/ranch | financial protection | sport vehicle | boat

- working at allied
  - hiring process
  - benefits
  - diversity
  - office locations
  - hr contact list
  - apply for a job
- college recruitment
- apply for a job

## office locations
careers

**Company Headquarters**
1100 Locust St.
Des Moines, Iowa 50391
515-508-4211 / 800-532-1436

**Operations Offices**
701 Fifth Ave.
Des Moines, Iowa 50391
515-508-4211 / 800-532-1436

- Des Moines Claims Call Center
- Personal Lines Service Center (Des Moines)
- Commercial Service Center
- Commercial Lines Processing Center
- Allied Group Insurance Marketing Co.

**Personal Lines Service Center** (Lincoln)
5201 R St.
Lincoln, Nebraska 68520

**Personal Lines Processing Center**
700 N. Cotner Blvd.
Lincoln, Nebraska 68505
402-465-7900

**Des Moines Regional Office**
1100 Locust St.
Des Moines, Iowa 50391-5500
515-508-4211 / 800-532-1436

**Battle Creek Service Office (DMRO)**
70 W. Michigan Ave.
Battle Creek, Michigan 49017
616-966-6185

**Central States Regional Office**
1100 Locust St.
Des Moines, Iowa 50391-0800
515-508-4211/800-532-1436

**Minnesota Service Office (CSRO)**
3600 W. 80th St., Suite 500
Bloomington, Minnesota 55431
952-896-1774 / 800-862-6024

**Indiana Commercial Underwriting Office (CSRO)**
13085 Hamilton Crossing, Suite 250
Carmel, Indiana 46032
317-587-2600

**Lincoln Regional Office**
3401 Village Dr.
Lincoln, Nebraska 68516
402-467-2381 / 800-228-4011

**Phoenix Service Office (LRO)**
5010 E. Shea Blvd., Suite D100
Phoenix, Arizona 85254
800-638-4725

**Rocky Mountain Regional Office**
7979 E. Tufts Ave., Suite 1700
Denver, Colorado 80237
303-796-4500 / 800-233-0394

**Portland Service Office (RMRO)**
9200 SE Sunnybrook Blvd., Suite 300
Clackamas, Oregon 97015
866-842-4515

**Pacific Coast Regional Office**
1601 Exposition Blvd.
Sacramento, California 95815
916-924-4000 / 800-552-2437

**Camarillo Service Office (PCRO)**
751 Dailey Dr., Suite 400
Camarillo, California 93010
805-389-0100

**San Diego Service Office (PCRO)**
7777 Alvarado Rd., Suite 201
La Mesa, California 91944
619-464-1700



auto | property | business | farm/ranch | financial protection | sport vehicle | boat

Terms & Conditions
Allied Insurance, a Nationwide® company - On Your Side® // Copyright © 2002-2006 Nationwide Mutual Insurance Company.
On Your Side® is a federally registered service mark on Nationwide Mutual Insurance.

home | about us | careers | contact us |

agent info | privacy | site map

