# Exhibit C

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| CALIFORNIA NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 8,683 | 6,362 | 6,727 | 6,919 | 7,887 | 6,841 | | |
| | Terminations | | 6,983 | 6,966 | 6,471 | 7,094 | 6,675 | 6,069 | | |
| | Pending | | 8,157 | 6,557 | 7,267 | 7,567 | 7,958 | 6,928 | | |
| | % Change in Total Filings | Over Last Year | 36.5 | | | | | | 4 | 1 |
| | | Over Earlier Years | | 29.1 | 25.5 | 10.1 | 26.9 | | 10 | 2 |
| Number of Judgeships | | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| Vacant Judgeship Months** | | | .0 | .0 | .0 | 3.1 | 12.0 | 3.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 620 | 455 | 480 | 494 | 563 | 489 | 11 | 3 |
| | | Civil | 558 | 390 | 413 | 424 | 510 | 439 | 6 | 2 |
| | | Criminal Felony | 37 | 39 | 44 | 47 | 42 | 50 | 82 | 12 |
| | | Supervised Release Hearings** | 25 | 26 | 23 | 23 | 11 | - | 36 | 12 |
| | Pending Cases | | 583 | 468 | 519 | 541 | 568 | 495 | 12 | 2 |
| | Weighted Filings** | | 621 | 543 | 581 | 631 | 598 | 610 | 5 | 2 |
| | Terminations | | 499 | 498 | 462 | 507 | 477 | 434 | 28 | 5 |
| | Trials Completed | | 8 | 10 | 10 | 11 | 11 | 11 | 91 | 14 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.2 | 12.6 | 11.1 | 11.7 | 11.8 | 10.1 | 75 | 11 |
| | | Civil** | 7.4 | 9.8 | 8.2 | 10.6 | 9.5 | 9.1 | 11 | 3 |
| | From Filing to Trial** (Civil Only) | | 25.0 | 28.0 | 22.5 | 30.3 | 23.5 | 22.7 | 41 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 528 | 530 | 430 | 377 | 475 | 335 | | |
| | | Percentage | 7.3 | 9.5 | 6.9 | 5.7 | 6.7 | 5.6 | 60 | 7 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.5 | 1.4 | 1.5 | 1.4 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 59.09 | 55.21 | 61.19 | 65.00 | 66.42 | 60.46 | | |
| | | Percent Not Selected or Challenged | 43.2 | 31.0 | 48.9 | 40.9 | 47.2 | 42.2 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7812 | 128 | 2118 | 1540 | 105 | 23 | 487 | 577 | 481 | 464 | 745 | 105 | 1039 |
| Criminal* | 507 | 16 | 58 | 134 | 70 | 89 | 18 | 28 | 8 | 9 | 15 | 27 | 35 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **OHIO SOUTHERN** | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,066 | 3,223 | 3,466 | 3,254 | 3,482 | 3,101 | | |
| | Terminations | | 3,296 | 3,392 | 3,177 | 3,292 | 3,224 | 3,192 | | |
| | Pending | | 3,422 | 3,637 | 3,788 | 3,501 | 3,568 | 3,392 | | |
| | % Change in Total Filings | Over Last Year | -4.9 | | | | | | 52 | 5 |
| | | Over Earlier Years | | | -11.6 | -5.8 | -12.0 | -1.1 | 53 | 5 |
| Number of Judgeships | | | 8 | 8 | 8 | 8 | 8 | 8 | | |
| Vacant Judgeship Months** | | | 7.0 | 10.0 | .2 | 5.5 | 14.6 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 383 | 403 | 434 | 407 | 435 | 388 | 61 | 7 |
| | | Civil | 297 | 319 | 358 | 338 | 363 | 347 | 52 | 7 |
| | | Criminal Felony | 62 | 60 | 56 | 48 | 46 | 41 | 56 | 6 |
| | | Supervised Release Hearings** | 24 | 24 | 20 | 21 | 26 | - | 39 | 2 |
| | Pending Cases | | 428 | 455 | 474 | 438 | 446 | 424 | 30 | 3 |
| | Weighted Filings** | | 437 | 483 | 516 | 479 | 497 | 450 | 45 | 4 |
| | Terminations | | 412 | 424 | 397 | 412 | 403 | 399 | 53 | 6 |
| | Trials Completed | | 20 | 21 | 19 | 17 | 16 | 11 | 42 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 9.0 | 8.0 | 7.6 | 7.4 | 7.7 | 7.2 | 48 | 4 |
| | | Civil** | 12.6 | 11.3 | 12.1 | 11.9 | 11.3 | 11.4 | 83 | 6 |
| | From Filing to Trial** (Civil Only) | | 27.0 | 32.0 | 26.0 | 25.7 | 23.0 | 25.7 | 54 | 6 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 240 | 198 | 212 | 201 | 206 | 244 | | |
| | | Percentage | 8.3 | 6.4 | 6.4 | 6.4 | 6.4 | 7.9 | 67 | 9 |
| | Average Number of Felony Defendants Filed Per Case | | 1.3 | 1.6 | 1.5 | 1.4 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 50.60 | 44.80 | 27.75 | 31.92 | 38.70 | 32.86 | | |
| | | Percent Not Selected or Challenged | 48.6 | 34.3 | 33.3 | 37.2 | 33.4 | 33.8 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2374 | 232 | 97 | 295 | 55 | 20 | 291 | 313 | 164 | 114 | 568 | 19 | 206 |
| Criminal* | 490 | 13 | 125 | 11 | 108 | 102 | 24 | 31 | 21 | 16 | 3 | 8 | 28 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."