REDACTED

Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-215-6870
* admitted *pro hac vice*

Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Foster, Phillip Wamock, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Nationwide Mutual Insurance Company,<br><br>Defendant. | Case No.: C3:07-CV-4928 SI<br><br>**DECLARATION OF PHILIP WAMOCK** |

I, Philip Wamock, hereby declare:

1. I am one of the named Plaintiffs and I make this declaration based on my knowledge and information concerning this case and in support of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(A).

2. In February of 1999 I was hired by Defendant Nationwide Mutual Insurance Company ("Nationwide") as a Special Investigator covering the geographical area of southern California.

REDACTED

3.   On information and belief, on or around August of 2000 Nationwide purchased Allied Insurance. As a consequence, the Special Investigators working out of the southern California office became Special Investigators for Allied Insurance. From approximately August of 2000 until August of 2003 I worked as a Special Investigator for Allied Insurance in southern California.

4.   In August of 2003 I transferred from Allied Insurance in southern California to Nationwide in Arkansas. From approximately August of 2003 to February of 2007 I worked as a Special Investigator for Nationwide covering the geographical region of Arkansas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 16, 2007

*Philip Warnock*

**CERTIFICATE OF SERVICE**
Foster, et al. v. Nationwide Mutual Insurance Company
**Case No. 3:07-cv-04928-SI**

I hereby certify that on November 16, 2007, I caused the following document(s):

**Declaration of Philip Wamock in Support of Plaintiffs' Memorandum**

to be served via ECF to the following:

Richard Rahm
Littler Mendelson P.C.
650 California Street, 20th Floor
San Francisco, California 94108

Counsel for Defendant

| | |
|---|---|
| Dated:  November 16, 2007 | NICHOLS KASTER & ANDERSON, PLLP |
| | |
| | s/ Matthew H. Morgan |
| | |
| | **NICHOLS KASTER & ANDERSON, PLLP**<br>Donald H. Nichols, MN State Bar No. 78918*<br>Nichols@nka.com<br>Paul J. Lukas, MN State Bar No. 22084X*<br>Lukas@nka.com<br>Matthew H. Morgan, MN State Bar No. 304657*<br>Morgan@nka.com<br>4600 IDS Center<br>80 S. 8th Street<br>Minneapolis, MN 55402<br>* admitted *pro hac vice*<br><br>**NICHOLS KASTER & ANDERSON, LLP**<br>Matthew C. Hallend, CA State Bar No. 250451<br>Helland@nka.com<br>One Embarcadero Center<br>Ste. 720<br>San Francisco, CA 94111<br><br>ATTORNEYS FOR PLAINTIFFS |