1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (admitted **pro hac vice**)
   Paul J. Lukas, MN State Bar No. 22084X
6  Lukas@nka.com
   (admitted **pro hac vice** )
7  Matthew H. Morgan, MN State Bar No. 304657
   Morgan@nka.com
8  (admitted **pro hac vice**)
   NICHOLS KASTER & ANDERSON, PLLP
9  4600 IDS Center
   80 S. 8th Street
10 Minneapolis, MN 55402

11 ATTORNEYS FOR PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Frank Foster, Phillip Wamock, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Nationwide Mutual Insurance Company,<br><br>Defendant. | Case No: 3:07-cv-04928-SI<br><br>**NOTICE OF CONSENT FILING** |
|---|---|

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Shaw          Deborah

NOTICE OF CONSENT FILING

| | | |
|---|---|---|
| 1 | Dated: November 16, 2007 | s/ Matthew Helland |

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**
Foster et al v. Nationwide Mutual Insurance Company
Case No.3:07-cv-04928-SI

I hereby certify that on November 16, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Andrew J. Voss
Littler Mendelson, P.C.
80 South Eighth Street
1300 IDS Center
Minneapolis, MN 55402

Dated: November 16, 2007

s/Matthew Helland

---

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Nationwide Insurance as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Nationwide Insurance. During the past three years, there were occasions when I worked over 40 hours per week for Nationwide Insurance and did not receive overtime compensation. I worked for Nationwide Insurance as a (please check all that apply):

- ☐ Special Investigator
- ☐ Senior Special Investigator
- ☐ Special Investigator I
- ☑ Special Investigator II
- ☐ Special Investigator III

Approximate Dates of Employment  7/01  to  3/07

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Deborah A. Shaw_  11/13/07
Signature                                          Date

_Deborah A. Shaw_
Print Name

REDACTED

**Fax or Mail To:**

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION