Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice** )
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Frank Foster, Phillip Wamock,
individually, on behalf of all others
similarly situated, and on behalf of the
general public,

                              Plaintiffs,

        vs.

Nationwide Mutual Insurance Company,

                              Defendant.

Case No: 3:07-cv-04928-SI

**NOTICE OF CONSENT FILING**

        PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

attached Consent Form(s) for the following person(s):

Wandell                Bruce

1    Dated:  November 19, 2007                    s/ Matthew Helland

2                                                 **NICHOLS KASTER & ANDERSON, LLP**
                                                  Matthew C. Helland, CA State Bar No. 250451
3                                                 Helland@nka.com
                                                  One Embarcadero Center
4                                                 Ste. 720
                                                  San Francisco, CA 94111

5                                                 Donald H. Nichols, MN State Bar No. 78918
                                                  Nichols@nka.com
6                                                 (admitted **pro hac vice**)
                                                  Paul J. Lukas, MN State Bar No. 22084X
7                                                 Lukas@nka.com
                                                  (admitted **pro hac vice**)
8                                                 Matthew H. Morgan, MN State Bar No. 304657
                                                  Morgan@nka.com
9                                                 (admitted **pro hac vice**)
                                                  **NICHOLS KASTER & ANDERSON, PLLP**
10                                                4600 IDS Center
                                                  80 S. 8th Street
11                                                Minneapolis, MN 55402

12                                                ATTORNEYS FOR PLAINTIFFS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**
Foster et al v. Nationwide Mutual Insurance Company
**Case No.3:07-cv-04928-SI**

I hereby certify that on November 19, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Andrew J. Voss
Littler Mendelson, P.C.
80 South Eighth Street
1300 IDS Center
Minneapolis, MN 55402

Dated:  November 19, 2007

                              s/Matthew Helland

_____

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

3

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against Nationwide Insurance as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Nationwide Insurance. During the past three years, there were occasions when I worked over 40 hours per week for Nationwide Insurance and did not receive overtime compensation. I worked for Nationwide Insurance as a (please check all that apply):

☐ Special Investigator
☐ Senior Special Investigator
☐ Special Investigator I
☐ Special Investigator II
☒ Special Investigator III

Approximate Dates of Employment ___6/97___ to ___11/04___

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  11-1-07
Signature                                    Date

_____
Print Name

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

REDACTED

CONSENT AND DECLARATION