RICHARD H. RAHM, State Bar No. 130728
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

JAMES J. OH, IL State Bar No. 6196413
(*pro hac vice* forthcoming)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, Illinois 60601
Tel: 312.372.5520
Fax: 312.372.7880

ANDREW J. VOSS, MN State Bar No. 0241556
LITTLER MENDELSON
A Professional Corporation
80 South 8th Street
1300 IDS Center
Minneapolis, Minnesota 55402.2136
Tel: 612.630.1000
Fax: 612.630.9626

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FOSTER, PHILLIP WAMOCK, individually and on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No. C3:07-CV-4928<br><br>**SUPPLEMENTAL DECLARATION OF TERESA WIENCEK IN SUPPORT OF NATIONWIDE'S MOTION TO TRANSFER VENUE**<br><br>Date: December 7, 2007<br>Time: 11:00 a.m.<br>Court: 10<br><br>Before the Honorable Susan Illston |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

SUPPLEMENTAL DECLARATION OF
TERESA WIENCEK

U.S.D.C. CASE NO. C3:07-CV-4928 SI

I, Teresa Wiencek, hereby declare the following:

1. I am currently employed by Nationwide Mutual Insurance Company ("Nationwide" or the "Company") as the Vice President of Human Resources. I make the following declaration in support of Nationwide's Motion to Transfer Venue, and do so under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct based upon personal knowledge.

2. As Vice President of Human Resources, I have information regarding Nationwide's acquisition of Allied Group, Inc., and I also have access to records describing the numbers and locations of Nationwide's employees.

3. In 1998, Nationwide acquired Allied Group, Inc. Thus, Allied Group, Inc., including Allied Insurance ("Allied"), is a wholly-owned subsidiary of Nationwide.

4. After the acquisition, Nationwide continued to operate the Allied offices as Allied Insurance. Nationwide maintains this distinction because Allied distributes insurance through independent agents, while the rest of the Company distributes insurance through exclusive agents.

5. Employees working through the Allied offices are employees of Nationwide.

6. The Company, including Allied, has fifteen regional offices. These offices are located in: Duluth, Georgia; Harrisburg, Pennsylvania; Raleigh, North Carolina; Richmond, Virginia; Gainesville, Florida; Columbus, Ohio; Dallas, Texas; Nashville, Tennessee; Carmel, Indiana; Denver, Colorado; Lincoln, Nebraska; Des Moines, Iowa (two offices); and Sacramento, California (two offices).

7. Nationwide employs a group of individuals known as Special Investigators.

8. Special Investigators generally support their nearest regional office. However, they report to the Company's Property and Casualty Technical Claims Office, which is located at Nationwide's corporate headquarters in Columbus, Ohio.

9. From September 21, 2005 to the present, Nationwide has, to the best of my knowledge, employed 306 Special Investigators throughout the country in the following numbers: Alabama (6), Arkansas (4), Arizona (8), California (31), Colorado (3), Connecticut (6), Delaware (4), Florida (26), Georgia (6), Iowa (7), Illinois (2), Indiana (5), Kansas (1), Kentucky (3), Maryland (14), Michigan (13), Minnesota (2), Missouri (2), Mississippi (5), North Carolina (16), Nebraska (3),

(14), Michigan (13), Minnesota (2), Missouri (2), Mississippi (5), North Carolina (16), Nebraska (3), New Hampshire (1), New Jersey (1), Nevada (4), New York (23), Ohio (19), Oregon (4), Pennsylvania (25), Rhode Island (3), South Carolina (6), Tennessee (9), Texas (14), Utah (2), Virginia (18), Vermont (1), Washington (3), Wisconsin (1) and West Virginia (5).

10. From September 21, 2004 to the present, Nationwide has, to the best of my knowledge, employed 321 Special Investigators throughout the country in the following numbers: Alabama (7), Arkansas (4), Arizona (8), California (31), Colorado (3), Connecticut (6), Delaware (4), Florida (29), Georgia (6), Iowa (8), Illinois (2), Indiana (5), Kansas (1), Kentucky (3), Maryland (15), Michigan (13), Minnesota (2), Missouri (2), Mississippi (5), North Carolina (19), Nebraska (3), New Hampshire (1), New Jersey (1), Nevada (4), New York (25), Ohio (19), Oregon (4), Pennsylvania (26), Rhode Island (3), South Carolina (7), Tennessee (9), Texas (15), Utah (2), Virginia (18), Vermont (1), Washington (4), Wisconsin (1) and West Virginia (5).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Teresa Wiencek

Dated: 11-20-2007

Firmwide:83670760.1 050511.1019

SUPPLEMENTAL DECLARATION OF TERESA WIENCEK    3.    U.S.D.C. CASE NO. C3:07-CV-4928 SI