IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FOSTER, et al., | No. C 07-04928 SI |
| Plaintiffs, | **ORDER REQUESTING FILING OF SUPPLEMENTAL LETTER BRIEFS** |
| v. | |
| NATIONWIDE MUTUAL INS. CO., | |
| Defendant. | |

Currently before the Court is defendant's motion to transfer venue to the Southern District of Ohio. Plaintiffs aver, and defendant does not dispute, that Frank Foster, one of the two lead plaintiffs in this putative class action, resides in this district. The complaint and answer both state, however, that Foster resides in Placer County, California, which is located within the jurisdiction of the Eastern District of California. The Court therefore orders the parties to file supplemental letter briefs, not exceeding three pages, on or before November 29, 2007, confirming where Foster resides and works and discussing whether venue is proper in this district.

**IT IS SO ORDERED.**

Dated: November 26, 2007

SUSAN ILLSTON
United States District Judge