1  RICHARD H. RAHM, State Bar No. 130728
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street
3  20th Floor
   San Francisco, CA  94108.2693
4  Telephone:  415.433.1940
   Facsimile:  415.399.8490
5
   JAMES J. OH, IL State Bar No. 6196413
6  (*pro hac vice* forthcoming)
   LITTLER MENDELSON
7  A Professional Corporation
   200 N. LaSalle Street
8  Suite 2900
   Chicago, Illinois  60601
9  Tel: 312.372.5520
   Fax: 312.372.7880
10
   ANDREW J. VOSS, MN State Bar No. 0241556
11 LITTLER MENDELSON
   A Professional Corporation
12 80 South 8th Street
   1300 IDS Center
13 Minneapolis, Minnesota  55402.2136
   Tel: 612.630.1000
14 Fax: 612.630.9626

15 Attorneys for Defendant
   NATIONWIDE MUTUAL INSURANCE
16 COMPANY

17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20 FRANK FOSTER, PHILLIP WAMOCK,          Case No. C3:07-CV-4928
   individually and on behalf of all others
21 similarly situated, and on behalf of the  **DECLARATION OF JANELLE MIKUSA**
   general public,                          **IN SUPPORT OF NATIONWIDE'S**
22                                          **MOTION TO TRANSFER VENUE**
             Plaintiff,
23                                          Date:  December 18, 2007
        v.                                  Time:  9:00 a.m.
24                                          Court: 10
   NATIONWIDE MUTUAL INSURANCE
25 COMPANY,                                 Before the Honorable Susan Illston

26           Defendant.

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF JANELLE MIKUSA                    U.S.D.C. CASE NO. C3:07-CV-4928 SI

I, Janelle Mikusa, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct based upon personal knowledge. I make this declaration in support of Nationwide Mutual Insurance Company's Motion To Transfer Venue.

1. I am currently employed by Nationwide Mutual Insurance Company ("Nationwide" or the "Company") as a Human Resources Director supporting the Company's Special Investigative Unit.

2. As Human Resources Director, I have records regarding the residential addresses of the Special Investigators whom Nationwide employs. I likewise have access to records regarding the counties in which Special Investigators have been assigned claims to investigate. These records are kept in the normal course of business.

3. According to Nationwide's records, Foster has resided in Placer County, California continuously since 2002. Specifically, since July 17, 2003, Foster resided at 2931 Fox Den Circle in Lincoln, California. Prior to that, and since October 21, 2002, Foster resided at 1149 Barnswood Loop in Lincoln, California.

4. I have reviewed a list of the nineteen individuals, including Mr. Foster and Mr. Warnock, who have joined this lawsuit as of today. According to Nationwide's records, none of these nineteen have resided in any of the counties named in paragraph 5, below.

5. I reviewed records that show in what counties Frank Foster has been assigned claims to investigate since September 1, 2003. From my review of these records, approximately 400 claims have been referred to Mr. Foster for investigation since September 1, 2003. Of this amount, two referrals were located in Humboldt County, three in Mendocino County, seven in Sonoma County, one in Marin County, two in Napa County, one in Contra Costa County, four in Alameda County and five in Santa Clara County. The records show that Mr. Foster received no referrals of claims to investigate in Del Norte, Lake, San Francisco, San Mateo, Santa Cruz, San Benito and Monterey counties.

1 | I declare under penalty of perjury under the laws of the United States that the
2 | foregoing is true and correct and that this declaration was executed at Columbus, Ohio.

*[Signature]*
Janelle Mikusa

Dated: 11-29-07