**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                              415.522.2000

January 3, 2008

US District Court for the Southern District of Ohio
Clerk's Office
United States Courthouse
85 Marconi Boulevard
Columbus, OH 43215


RE: CV 07-04928 SI   FRANK FOSTER-v-NATIONWIDE MUTUAL INS. CO.

Dear Clerk,

     Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

        ☒     Certified copy of docket entries.

        ☒     Certified copy of Transferral Order.

        ☒     Original case file documents.

        ☒     Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.


     Please acknowledge receipt of the above documents on the attached copy of this letter.


            Sincerely,
            RICHARD W. WIEKING, Clerk

            /s/

            by:  Yumiko Saito
            Case Systems Administrator


Enclosures
Copies to counsel of record