UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

FILED
JAMES BONINI
CLERK

2008 JAN -7 P 1: 06

U.S. General Court Number
SOUTHERN DIST. OH
EAST. DIV. COLUMBUS

Richard W. Wieking E-filing
Clerk

www.cand.uscourts.gov

January 3, 2008

FILED
JAN 1 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

US District Court for the Southern District of Ohio
Clerk's Office
United States Courthouse
85 Marconi Boulevard
Columbus, OH 43215

RE: CV 07-04928 SI   FRANK FOSTER-v-NATIONWIDE MUTUAL INS. CO.

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record